FILED
2007 NOV 16 AM 8:02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF DAVID BURKHART,

Plaintiff(s),

v.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, ET AL.,

Defendant(s).

No. C 07-05467 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 14, 07

Signature: Sally Burkhart

Counsel for Pro Se
(Plaintiff, Defendant or indicate "pro se")

Sally Burkhart
483 Nottingham Way
Campbell, Calif 95008

**CERTIFIED MAIL**™

7007 1490 0002 2006 8871

USA 41

US District Court
450 Golden Gate Avenue
P.O. Box 36060
San Francisco,
California 94102-9680

UNITED STATES POSTAL SERVICE

0000

94102

U.S. POSTAGE
PAID
SAN JOSE, CA
95124
NOV 14 '07
AMOUNT
$3.04
00029056-03

3410233432 C004

