# United States District Court

**ADR**  NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF DAVID BURKHART, by and through Sally A. Burkhart, as the personal representative

v.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and DOES 1 TO 50, inclusive

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 05467 PJH
JCS
FILED

JAN 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: (Name and address of defendant)

U.S. Department of Veterans Affairs
VA Medical Center, Bldg. 210
4150 Clement Street
San Francisco, CA 94121

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SALLY BURKHART
As Personal Representative of
The Estate of David Burkhart
483 Nottingham Way
Campbell, California 95008

an answer to the complaint which is herewith served upon you, within 90 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  OCT 2 6 2007

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | December 7, 2007 |

| Name of SERVER | TITLE |
|---|---|
| United States Postal Service | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): United States Postal Service Certified Mail Return Receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | US Mail | $6.61 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 4, 2008
Date

Signature of Server / mailer
Sally Buchhart

Address of Server / mailer
483 Nottingham Way
Campbell, Cali. 95008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Dept of Veteran affairs
   VA Medical Center Blvd 210
   4150 Clement Street
   San Francisco
   Calif 94121

2. Article
   (Trans

PS Form

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2595-02-M-1540

UNITED STATES POSTAL SERVICE
SAN MATEO CA
07 DEC 2007 PM 5

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Sally Burkhart
483 Nottingham Way
Campbell, Calif 95008