JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESTATE OF DAVID BURKHART, ) | No. C 07-5467 JCS |
| ) | |
| Plaintiff, ) | **DEFENDANT'S REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE FOR TRIAL AND DISPOSITION** |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) VETERANS AFFAIRS, ) | |
| ) | |
| Defendant. ) | |

Defendant, by and through its undersigned counsel, specially appears[1] and hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Court Judge.

DATED:   January 31, 2008          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


By:     /s/
JENNIFER S WANG
Assistant United States Attorney

---

[1] Defendant does not waive its right to assert any jurisdictional issues related to this case.