|  |  |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | JENNIFER WANG (CSBN 233155)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6967 |
| 6 | Facsimile:  (415) 436-748 |
| 7 | Attorneys for the Federal Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ESTATE OF DAVID BURKHART, | ) | No. C 07-5467 JCS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that on **February 1, 2008** she caused a copy of **DEFENDANT'S REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE FOR TRIAL AND DISPOSITION** filed **January 31, 2008**, to be served by U.S. mail upon the person at the place and address(es) stated below, which is the last known address:

**Estate of David Burkhart**
**Sally Burkhart**
**483 Nottingham Way**
**Campbell, CA**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 1, 2008                                   /s/
                                                                    MANIK BOWIE
                                                                    Legal Assistant