UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DAVID BURKHART, | Case Number: CV07-05467 PJH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Estate of David Burkhart
483 Nottingham Way
Campbell, CA 95008

Dated: February 5, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk