1

## CERTIFICATE OF SERVICE

2      The undersigned hereby certifies that she is an employee of the Office of the United

3   States Attorney for the Northern District of California and is a person of such age and discretion

4   to be competent to serve papers.  The undersigned further certifies that she is causing a copy of

5   the following:

6              **ADR CERTIFICATION BY PARTIES AND COUNSEL**

7                          Estate of David Burkhart v. VA
                          Case No. CV  07-5467 PJH
8

9   to be served this date upon the party in this action by placing a true copy thereof in a sealed

10  envelope, and served as follows:

11   __X__    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
             the designated area for outgoing U.S. mail in accordance with this office's practice.
12
           **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid
13  _____    in the designated area for outgoing U.S. mail in accordance with this office's practice.

14  _____    **ELECTRONIC MAIL**

15  _____    **FEDERAL EXPRESS**

16  _____    **FACSIMILE (FAX)**  Telephone No.:  See Below

17  to the party(ies) addressed as follows:

18  Estate of David Burkhart
    483 Nottingham Way
19  Campbell, CA 95008
    (408) 371-0646
20  sallyburkhart@gmail.com
    PRO SE
21
22      I declare under penalty of perjury under the laws of the United States that the foregoing is

23  true and correct.

24      Executed on February 28, 2008 at San Francisco, California.

25

26              ___/s/_____
                BONNY WONG
27              Legal Assistant

28