# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



ESTATE OF DAVID BURKHART, by and through
Sally A. Burkhart, as the personal representative

V.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS; and DOES 1 TO 50,
inclusive

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 05467 JCS

TO: (Name and address of defendant)

U.S. Department of Veterans Affairs
VA Medical Center, Bldg. 210
4150 Clement Street
San Francisco, CA 94121

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SALLY BURKHART
As Personal Representative of
The Estate of David Burkhart
483 Nottingham Way
Campbell, California 95008

an answer to the complaint which is herewith served upon you, within 90 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  OCT 2 6 2007

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ 

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Avila    C. Date of Delivery: 2/4/08
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Civil Process Clerk
US Attorneys Office
US Dept. of Justice
9th Floor Federal Bldg
450 Golden Gate Ave. Box 36055
San Francisco, CA. 94102

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0000 9678 2436

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure