ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

March 4, 2008

| | |
|---|---|
| Sally Burkhart<br>Estate of David Burkhart<br>483 Nottingham Way<br>Campbell, CA 95008<br>(408) 371-0646 | Jennifer S Wang<br>US Attorney's Office<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102-3495<br>(415) 436-6967 |

Re:   Estate of David Burkhart v. United States Department of Veterans Affairs
      <u>Case No. C 07-05467 PJH MED</u>

Dear Ms. Burkhart and Ms. Wang:

We have received notification from Judge Phyllis J. Hamilton that the referenced case was referred to Mediation on March 3, 2008. The ADR Program would like to convene a conference call with an ADR Program Staff Attorney and all participants to discuss the nature of the case and how Mediation can assist you. We have scheduled this for **Thursday, March 13, 2008 at 3:00 p.m.** This office will initiate the call. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Alice M. Fiel
ADR Case Administrator