UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date: March 6, 2008**  **JUDGE: Phyllis J. Hamilton**

**Case No:** C-07-5467 PJH

**Case Name:** Estate of David Burkhart v. United States Department of Veterans Affairs, et al.

**Attorney(s) for Plaintiff:**  Sally Burkhart
**Attorney(s) for Defendant:**  Jennifer Wang

**Deputy Clerk**: Nichole Heuerman    **Court Reporter**: Not Reported

### PROCEEDINGS

Initial Case Management Conference-Held. The plaintiff informs the court that she is in the process of hiring an attorney. If an attorney will be representing plaintiff a substitution of counsel will need to be filed with the court. Plaintiff is requesting a jury trial. The court informs plaintiff that a court trial will be held as to the United States Government and if there are any non US government defendants a jury trial will be held as to them. The court sets a pretrial schedule.

**REFERRALS:**

[x] Case referred to ADR for Mediation to be completed within 90 days.

**PRETRIAL SCHEDULE:**

Discovery cutoff: 12/15/08
Expert disclosure: 11/3/08; Rebuttal: 11/17/08
Expert discovery cutoff: 12/15/08
Motions heard by: 2/4/09
Pretrial Conference: 5/7/09 at 2:30 p.m.
Trial :6/1/09 at 8:30 a.m., for 5 days,
 by [x] Jury (non US government) [x] Court (US government)

Order to be prepared by:   [] Pl [] Def [x] Court

Notes:

**cc:** file; ADR