JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile:  (415) 436-6748
   Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESTATE OF DAVID BURKHART, ) | No. C 07-5467 PJH |
|    Plaintiff, ) | **DECLARATION OF JENNIFER S WANG IN SUPPORT OF ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION** |
|    v. ) | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, ) | |
|    Defendant. ) | |

I, Jennifer S Wang, declare as follows:

1. I am an Assistant United States Attorney, am admitted to practice law before this Court, and make this declaration in support of defendant's administrative motion to extend the deadline for completing mediation in the above-captioned case. The statements contained in this declaration are within my personal knowledge.

2. At the ADR phone conference on March 13, 2008, plaintiff informed defendant's counsel and the ADR Unit that she is in the process of obtaining an attorney to represent her in the above-captioned case. On or around April 18, 2008 and May 12, 2008, the ADR Unit informed me that it would be unable to appoint a mediator while plaintiff continues to seek legal counsel because a potential mediator would be unable to complete a conflicts check.

1      3. On or around April 18, 2008, I left a phone message with plaintiff proposing a stipulation to extend the deadline for completing mediation. On the same day, I sent plaintiff a proposed stipulation to extend the deadline for completion of mediation via email. On or around May 2, 2008, I mailed plaintiff a letter proposing a stipulation to extend the deadline for completing mediation. I have not received a response to my phone message, email, or letter.

    4. No previous extension of the deadline for completing mediation has been requested. Defendant filed a motion to dismiss the above-captioned case on or about April 4, 2008. The hearing on the motion has been noticed for May 28, 2008.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on May 13, 2008 at San Francisco, California.

/s/
_____
JENNIFER S WANG

WANG DECL. ISO ADMIN. MOT. TO EXTEND MEDIATION DEADLINE
C07-5467 PJH