# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**1. FEDERAL DEFENDANT'S ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION AND [PROPOSED] ORDER**

**2. DECLARATION OF JENNIFER S WANG IN SUPPORT OF ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION**

<u>Estate of David Burkhart v. VA</u>
Case No. CV 07-5467 PJH

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

\_\_\_\_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_  **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_  **ELECTRONIC MAIL**

\_\_\_\_  **FEDERAL EXPRESS**

**X**  **PERSONAL SERVICE (BY MESSENGER)**

\_\_\_\_  **FACSIMILE (FAX)**  Telephone No.: See Below

to the party(ies) addressed as follows:

| | |
|---|---|
| Estate of David Burkhart, PRO SE<br>483 Nottingham Way<br>Campbell, CA 95008<br>(408) 371-0646<br>sallyburkhart@gmail.com | ADR Program<br>450 Golden Gate Avenue, 16th Fl., Rm 16-6892<br>San Francisco, CA 94102<br>ADR@cand.uscourts.gov |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 13, 2008 at San Francisco, California.

\_\_\_\_/s/_____
BONNY WONG
Legal Assistant