JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESTATE OF DAVID BURKHART,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; and DOES 1 to 50 inclusive.<br><br>   Defendants. | No. C 07-5467 PJH<br><br>**FEDERAL DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:   May 28, 2008<br>Time:   9:00 a.m.<br>Courtroom 3, 17th Floor |

Plaintiff has provided no legal basis for denial of defendant's motion to dismiss the United States Department of Veterans Affairs ("VA") in this Federal Tort Claims Act ("FTCA") action. A court should grant a Federal Rule of Civil Procedure 12(b)(6) motion where there is either a "lack of a cognizable legal theory" or "the absence of sufficient facts alleged under a cognizable legal theory." *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990).

Here, plaintiff fails to allege a cognizable legal theory against the VA. Plaintiff's tort claims of medical malpractice and negligence are brought pursuant to the FTCA. *See* 28 U.S.C. §§ 2674, 2679. Under the FTCA, the only proper defendant is the United States, not the VA, an agency. To the extent plaintiff attempts to allege an FTCA claim against anyone other than the United States, her claim should fail. *See* 28 U.S.C. § 2679; *Woods v. United States*, 720 F.2d

1   1451, 1452 n. 1 (9th Cir. 1983).  Thus, the United States should be substituted in place of the
2   VA.  28 U.S.C. § 2679(a); *Allen v. Veterans Admin.*, 749 F.2d 1386, 1388 (9th Cir. 1984).
3       Defendant respectfully request that the Court grant its motion to dismiss.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/

Dated: May 14, 2008

JENNIFER S WANG
Assistant United States Attorney