**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**FEDERAL DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**

<u>Estate of David Burkhart v. VA</u>
Case No. CV 07-5467 PJH

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

\_\_\_\_   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_   **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_   **ELECTRONIC MAIL**

\_\_\_\_   **FEDERAL EXPRESS**

  **X**    **PERSONAL SERVICE (BY MESSENGER)**

\_\_\_\_   **FACSIMILE (FAX)**  Telephone No.: _See Below_____

to the party(ies) addressed as follows:

Estate of David Burkhart
483 Nottingham Way
Campbell, CA 95008
(408) 371-0646
sallyburkhart@gmail.com
PRO SE

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 14, 2008 at San Francisco, California.

___/s/_____
BONNY WONG
Legal Assistant