JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESTATE OF DAVID BURKHART,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS,<br><br>    Defendant. | No. C 07-5467 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>Date: August 6, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 17th Fl. |

    This action having come regularly on for hearing before the Court on the motion of defendant to dismiss pursuant to F.R.C.P. 12(b)(1), 12(b)(6) and 12(b)(7), and the respective parties having been afforded an opportunity to be heard, the Court having considered the respective pleadings and the arguments thereon, and the entire matter having been duly submitted after the Court was fully advised thereon,

    IT IS HEREBY ORDERED that the defendant's motion to dismiss is GRANTED based on the following reasons:

    1. The Court lacks subject matter jurisdiction over plaintiff David T. Burkhart's claims because he did not exhaust his administrative remedies. Moreover, Mr. Burkhart's claim for loss of parental consortium fails to state a cause of action.

2. The Court lacks subject matter jurisdiction over plaintiff Sally Burkhart's loss of consortium claim because she did not exhaust her administrative remedies related to that claim.

3. Decedent David Burkhart's heirs are necessary, indispensible parties who must be joined to Ms. Burkhart's wrongful death action.

4. The Court lacks subject matter jurisdiction over plaintiff Estate of David Burkhart's survivor claims because no administrative claim related to those claims has been filed. Moreover, Ms. Burkhart has failed to properly allege that she has standing to assert survivor claims on behalf of the Estate of David Burkhart.

Dated: _____        _____
                                PHYLLIS J. HAMILTON
                                UNITED STATES DISTRICT COURT JUDGE