# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

1. **FEDERAL DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS**
2. **DECLARATION OF LELIA K. TOKUYAMA IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**
3. **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

<u>Estate of David Burkhart v. VA</u>
Case No. CV 07-5467 PJH

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

____ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **FEDERAL EXPRESS**

_X_ **PERSONAL SERVICE (BY MESSENGER)**

____ **FACSIMILE (FAX)**  Telephone No.: See Below

to the party(ies) addressed as follows:

| | |
|---|---|
| SALLY BURKHART<br>On Behalf of Herself and As Personal Representative of The Estate of David Burkhart<br>483 Nottingham Way<br>Campbell, CA 95008<br>(408) 371-0646<br>sallyburkhart@gmail.com<br>PRO SE | DAVID BURKHART<br>404 Ivy Lane<br>Pleasant Hill, CA 94523<br>PRO SE |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 18, 2008 at San Francisco, California.

/s/_____
BONNY WONG
Legal Assistant