# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**FEDERAL DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**

<u>Estate of David Burkhart v. VA</u>
Case No. CV 07-5467 PJH

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

____ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **FEDERAL EXPRESS**

**_X_** **PERSONAL SERVICE (BY MESSENGER)**

____ **FACSIMILE (FAX)** Telephone No.: <u>See Below</u>

to the party(ies) addressed as follows:

| SALLY BURKHART<br>On Behalf of Herself and As Personal Representative of The Estate of David Burkhart<br>483 Nottingham Way<br>Campbell, CA 95008<br>(408) 371-0646<br>sallyburkhart@gmail.com<br>PRO SE | DAVID BURKHART<br>404 Ivy Lane<br>Pleasant Hill, CA 94523<br>PRO SE |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 23, 2008 at San Francisco, California.

BONNY WONG
Legal Assistant