UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** August 6, 2008          **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-5467 PJH

**Case Name:** Estate of David Burkhart v. United States Department of Veterans Affairs

**Attorney(s) for Plaintiff:** Sally Burkhart and David Burkhart (pro per)
**Attorney(s) for Defendant:** Jennifer Wang

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Sahar McVickar

PROCEEDINGS

Defendant's Motion to Dismiss-Held. The court takes the matter under submission.

**Order to be prepared by:** [] Pl [] Def [x] Court

**Notes:**

**cc:** file