JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile:  (415) 436-6748
    Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALLY BURKHART, on behalf of herself' THE ESTATE OF DAVID BURKHART, by and through Sally A. Burkhart as the personal representative; and DAVID T. BURKHART, on behalf of himself,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES; and DOES 1 TO 50, inclusive<br><br>    Defendants. | No. C 07-5467 PJH<br><br>**STIPULATION EXTENDING DEADLINE FOR COMPLETING MEDIATION** |

**STIPULATION**

The parties, plaintiff Sally Burkhart on behalf of herself and as personal representative of the Estate of David Burkhart, plaintiff David T. Burkhart and the United States of America ("federal defendant") hereby stipulate to the following:

1. On February 29, 2008, Sally Burkhart and the federal defendant stipulated to participate in mediation through the Court-administered ADR Unit.  On March 3, 2008, the Court issued an order setting the deadline for completing mediation in the above-captioned matter for June 2, 2008.

1    2. On May 13, 2008, the federal defendant filed an administrative motion requesting extension of the deadline for completing mediation on the ground that Ms. Burkhart had indicated that she was in the process of obtaining an attorney. The ADR Unit informed the parties that it would be unable to appoint a mediator while Ms. Burkhart continued her search for legal counsel because it would be unable to complete a conflicts check.

3. On May 14, 2008, the Court issued an order extending the deadline for completing mediation for 90-days following its decision on the federal defendant's motion to dismiss the complaint. Currently, the deadline for completing mediation is August 12, 2008.

4. Since May 14, 2008, the parties have not been contacted by the ADR Unit and the parties have not received notice of appointment of a mediator. In addition, on June 4, 2008, plaintiff David T. Burkhart joined the above-captioned action and plaintiffs filed a first amended complaint.

5. The federal defendant filed a motion to dismiss the first amended complaint on June 18, 2008. The parties seek an extension of time to allow the ADR Unit to appoint a mediator and for the resolution of the issues raised in the federal defendant's motion to dismiss the first amended complaint prior to mediation. For these reasons, the parties stipulate to extend the deadline for completing mediation to 90-days following the filing of the Court's order on the federal defendant's motion to dismiss the first amended complaint.

IT IS SO STIPULATED.

DATED: August 7, 2008                    Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

                                             /s/
                                         _____
                                         JENNIFER S WANG
                                         Assistant United States Attorney

STIPULATION & [PROPOSED] ORDER
C07-5467 PJH

DATED: August 6, 2008

                                           /s/
                                         SALLY BURKHART

DATED: August 6, 2008

                                           /s/
                                         DAVID T. BURKHART

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that, the dead1ine for completion of mediation is extended to 90-days following the filing of the Court's Order on defendant's motion to dismiss the first amended complaint.

IT IS SO ORDERED.

DATED: _____

                                         PHYLLIS J. HAMILTON
                                         United States District Court Judge