JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALLY BURKHART, on behalf of herself' THE ESTATE OF DAVID BURKHART, by and through Sally A. Burkhart as the personal representative; and DAVID T. BURKHART, on behalf of himself,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES; and DOES 1 TO 50, inclusive<br><br>　　Defendants. | No. C 07-5467 PJH<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Stipulation Extending Deadline for Completing Mediation**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE (BY MESSENGER)**

____  **FEDERAL EXPRESS**

____  **FACSIMILE (FAX)**  Telephone No.: _See Below_____

to the party(ies) addressed as follows:

Sally Burkhart
483 Nottingham Way
Campbell, CA 95008

David T. Burkhart
404 Ivy Lane
Pleasant Hill, CA 94523

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on August 7, 2008 at San Francisco, California.

                             ___/s/_____
                                 Tina Louie
                                 Legal Assistant