1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6967
6    Facsimile:  (415) 436-6748
     Email: jennifer.s.wang@usdoj.gov
7
   Attorneys for the Federal Defendant
8

9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13  SALLY BURKHART, on behalf of herself )    No. C 07-5467 PJH
    THE ESTATE OF DAVID BURKHART,        )
14  by and through Sally A. Burkhart as the )   **STIPULATION EXTENDING**
    personal representative; and DAVID T. )    **DEADLINE FOR COMPLETING**
15  BURKHART, on behalf of himself,       )    **MEDIATION**
                                          )
16       Plaintiffs,                      )
                                          )
17       v.                               )
                                          )
18  UNITED STATES; and DOES 1 TO 50,
    inclusive
19
         Defendants.
20  _____

21                    **STIPULATION**

22       The parties, plaintiff Sally Burkhart on behalf of herself and as personal representative of

23  the Estate of David Burkhart, plaintiff David T. Burkhart and the United States of America

24  ("federal defendant") hereby stipulate to the following:

25     1. On February 29, 2008, Sally Burkhart and the federal defendant stipulated to participate in

26  mediation through the Court-administered ADR Unit.  On March 3, 2008, the Court issued an

27  order setting the deadline for completing mediation in the above-captioned matter for June 2,

28  2008.

2.  On May 13, 2008, the federal defendant filed an administrative motion requesting extension of the deadline for completing mediation on the ground that Ms. Burkhart had indicated that she was in the process of obtaining an attorney.  The ADR Unit informed the parties that it would be unable to appoint a mediator while Ms. Burkhart continued her search for legal counsel because it would be unable to complete a conflicts check.

3.  On May 14, 2008, the Court issued an order extending the deadline for completing mediation for 90-days following its decision on the federal defendant's motion to dismiss the complaint.  Currently, the deadline for completing mediation is August 12, 2008.

4.  Since May 14, 2008, the parties have not been contacted by the ADR Unit and the parties have not received notice of appointment of a mediator.  In addition, on June 4, 2008, plaintiff David T. Burkhart joined the above-captioned action and plaintiffs filed a first amended complaint.

5.  The federal defendant filed a motion to dismiss the first amended complaint on June 18, 2008.  The parties seek an extension of time to allow the ADR Unit to appoint a mediator and for the resolution of the issues raised in the federal defendant's motion to dismiss the first amended complaint prior to mediation.  For these reasons, the parties stipulate to extend the deadline for completing mediation to 90-days following the filing of the Court's order on the federal defendant's motion to dismiss the first amended complaint.

IT IS SO STIPULATED.


DATED: August 7, 2008                              Respectfully submitted,

                                                   JOSEPH P. RUSSONIELLO
                                                   United States Attorney

                                                         /s/
                                                   _____
                                                   JENNIFER S WANG
                                                   Assistant United States Attorney


STIPULATION & [PROPOSED] ORDER
C07-5467 PJH

1    DATED: August 6, 2008

2

3                                              _____/s/_____
                                               SALLY BURKHART

4    DATED: August 6, 2008

5                                              _____/s/_____
                                               DAVID T. BURKHART

6

7                            [~~PROPOSED~~] ORDER

          Pursuant to the parties' stipulation and good cause having been shown, it is ordered that,

8    the deadline for completion of mediation is extended to 90-days following the filing of the

9

10   Court's Order on defendant's motion to dismiss the first amended complaint.

11

12   IT IS SO ORDERED.

13   DATED:  __8/8/08_____

14                                             PHYLLIS J. _____ ___ Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     STIPULATION & [PROPOSED] ORDER
     C07-5467 PJH