UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DAVID BURKHART,<br><br>           Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS,<br><br>           Defendant.<br>_____/ | Case Number: CV07-05467 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David T. Burkhart
404 Ivy Lane
Pleasant Hill, CA 94523

Sally Burkhart
483 Nottingham Way
Campbell, CA 95008

Dated: August 8, 2008

                                    Richard W. Wieking, Clerk
                                    By: Nichole Heuerman, Deputy Clerk