# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Burkhart, et al.,<br><br>         Plaintiff(s),<br><br>   v.<br><br>United States,<br><br>         Defendant(s). | 07-05467 PJH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Gail Killefer**
> Killefer Mediation
> 417 Montgomery Street, Suite 300
> San Francisco, CA 94104-1109
> 415-383-8494
> gkillefer@aol.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: August 28, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05467 PJH MED                              - 2 -