JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile:  (415) 436-6748
   Email: jennifer.s.wang@usdoj.gov

Attorneys for the Federal Defendant

Sally Burkhart
483 Nottingham Way
Campbell, CA 95008
(408) 371-0646
sallyburkhart@gmail.com

David T. Burkhart
404 Ivy Lane
Pleasant Hill, California 94523
(925) 366-1131
davidburkhart@onebox.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALLY BURKHART, on behalf of herself, THE ESTATE OF DAVID BURKHART, by and through Sally A. Burkhart as the personal representative; and DAVID T. BURKHART, on behalf of himself,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA; and DOES 1 to 50,<br><br>    Defendants. | No. C 07-5467 PJH<br><br>**STIPULATION AND [P~~ROPOSED~~ ORDER] TO EXTEND DEADLINES** |

**STIPULATION**

   1. On October 30, 2008, plaintiff Sally Burkhart, informed counsel for defendant that she has retained counsel, Nancy Battel, to represent her at deposition and mediation in the above-

1  captioned action. Ms. Battel has not filed a notice of appearance with the Court and has
2  informed defendant's counsel that she does not intend to file a notice of appearance.
3   2. On October 27, 2008, the parties scheduled a mediation through the Court's ADR
4  program for November 21, 2008. On October 31, 2008, the mediator informed the parties that
5  she has a conflict that cannot be waived under the Court's conflict rules and requested that the
6  ADR Program assign another mediator to the case. On November 13, 2008, the ADR Program
7  filed a notice of appointment of a new mediator.
8   3. Given that Ms. Burkhart has obtained new representation in this case and that a new
9  mediator has recently been assigned, the parties have agreed to stipulate to extend the fact and
10 expert discovery deadlines, and the deadlines for completing mediation and for dispositive
11 motions.
12  4. Defendant has previously filed an administrative motion requesting an extension of the
13 deadline for completing mediation on May 13, 2008. Defendant requested an extension because
14 Ms. Burkhart indicated that she was in the process of securing legal representation and the ADR
15 Program informed the parties that it would be unable to appoint a mediator while Ms. Burkhart's
16 attorney search continued because potential mediators would be unable to complete a conflicts
17 check. On May 14, 2008, the Court granted the motion, extending the deadline from June 4,
18 2008 to 90-days following the Court's order on the defendant's motion to dismiss.
19  5. On August 7, 2008, the parties stipulated to a second extension of the deadline for
20 completing mediation due to the addition of Mr. Burkhart as a party to the case, the filing of a
21 first amended complaint and because defendant's motion to dismiss the first amended complaint
22 was still pending. On August 8, 2008, the Court filed an order extending the deadline for
23 completing mediation to 90-days following the Court's order on the defendant's motion to
24 dismiss the first amended complaint.
25  6. Currently, the deadlines for discovery, completion of mediation, and dispositive motions
26 are as follows:
27      Expert Disclosures:                November 3, 2008
28      Deadline for Expert Rebuttals:     November 17, 2008

STIPULATION AND [PROPOSED ORDER] EXTENDING DEADLINES
C07-5467 PJH                                     1

| | |
|---|---|
| Deadline for Completing Mediation: | November 24, 2008 |
| All discovery cut-off: | December 15, 2008 |
| Last day to hear dispositive motions: | February 4, 2009 |
| Pre-trial date: | May 7, 2009 |
| Trial date: | June 1, 2009 |

6. The deadline for expert disclosures was November 3, 2008. Defendant timely provided its expert disclosures on November 3, 2008.

7. At plaintiffs' request, defendant has agreed that plaintiffs will have until December 31, 2008 to provide their expert disclosures. The parties agree that plaintiffs will seek no further extension of the expert disclosure deadline. The parties agree that defendant may supplement or add to its expert disclosures by December 31, 2008.

8. The parties respectfully stipulate to the following new discovery, mediation, and dispositive motions deadlines:

| | |
|---|---|
| Expert Disclosures: | December 31, 2008 |
| Deadline for Expert Rebuttals: | January 28, 2009 |
| Fact Discovery Cut-off: | January 30, 2009 |
| Expert discovery cut-off: | February 18, 2009 |
| Deadline for Completing Mediation: | March 3, 2009 |
| Last day to hear dispositive motions: | April 15, 2009 |
| Pre-trial Date: | July 16, 2009 |
| Proposed Trial Date: | August 24, 2009 |

IT IS SO STIPULATED.

DATED: December 15, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


        /s/
JENNIFER S WANG
Assistant United States Attorney

DATED: December 12, 2008        /s/_____
                                Sally Burkhart
                                Plaintiff in *Pro Se*

DATED: December 11, 2008        /s/_____
                                David T. Burkhart
                                Plaintiff in *Pro Se*

### [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, and good cause having been shown, it is ordered that:

1. Plaintiffs must provide expert disclosures by December 31, 2008.  Defendant may supplement or add to its expert disclosures by December 31, 2008.

2. The deadline for disclosure of rebuttal experts is January 28, 2009.

3. The fact-discovery cut-off is January 30, 2009.

4. The expert discovery cut-off is February 18, 2009.

5. The deadline for completing mediation is March 3, 2009.

6. The last day to hear dispositive motions is April 15, 2009.

7. The pre-trial date is July 16, 2009.

8. The trial date is August 24, 2009.

IT IS SO ORDERED.

Dated:   December 15, 2008                    _____
                                              **IT IS SO ORDERED**
                                              /s/ Judge Phyllis J. Hamilton
                                              UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED ORDER] EXTENDING DEADLINES
C07-5467 PJH                                    3